## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## NORTHERN DIVISION

DAPHNE KYLES-SMITH,

   Plaintiff,

v                                                   Case No : 3:03cv33 LAC/MD

FLORIDA DEPARTMENT OF
CORRECTIONS, a public agency,
et al ,

   Defendant

---

### NOTICE OF FILING FEE AFFIDAVITS
### PURSUANT TO N.D. LOC. R. 54.1(E)(1), (3)

   The undersigned counsel for Defendant, FLORIDA DEPARTMENT OF CORRECTIONS,

hereby files the attached Affidavits pursuant to N.D. Loc. R. 54.1(E)(1), (3), and pursuant to this

Court's Order on Fees and Costs, dated August 9, 2004. The Affidavits are attached as Exhibits A

and B, respectively.

### CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically

with a copy also being provided to Ronnie L. Williams, electronically, and by U S. Mail this 24th day

of August, 2004

S/Linda H. Wade
Linda H. Wade
Florida Bar No : 655317
Timothy J. Inacio
Florida Bar No.: 685925
SCHOFIELD, WADE,
ROANE & SHOEMAKER, P.A.
25 W. Cedar Street - Suite 450
P.O. Box 13510
Pensacola, FL 32591-3510
(850) 429-0755
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

DAPHNE KYLES-SMITH,

        Plaintiff,

v.                                     Case No.: 3:03cv33 LAC/MD

FLORIDA DEPARTMENT OF
CORRECTIONS, a public agency,
et al ,

        Defendant.

---

## AFFIDAVIT PURSUANT TO N.D. LOC. R. 54.1(E)(1)

STATE OF FLORIDA

COUNTY OF ESCAMBIA

    BEFORE ME this day personally appeared Linda H. Wade, who is defense counsel of record in the above-referenced case and being duly sworn, deposes and says:

    1.    Pursuant to this Court's Order on Fees and Costs, dated August 9, 2004, Defendant is entitled to the attorney fees incurred in defending this lawsuit during the month of June 2004.

    2.    From June 1-15, 2004, the State of Florida Department of Corrections incurred $27,716.00 in defense costs. This total reflects 295.20 number of attorney hours (billed at $80.00 per hour) and 102.50 number of paralegal/support staff hours (billed at $40.00 per hour).

A

3.    The hourly rate charged to the Department of Corrections in this case is significantly lower than that charged to the undersigned's private clients, who are billed at $225.00 per hour.

4.    Each task performed in defending this action is delineated in the sealed attorney records filed with this Court on June 23, 2004. These records reflect the hours spent as well as the specific tasks performed.

FURTHER AFFIANT SAITH NAUGHT.

s/Linda H. Wade
LINDA H. WADE

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

DAPHNE KYLES-SMITH,

        Plaintiff,

v.                                    Case No.: 3:03cv33 LAC/MD

FLORIDA DEPARTMENT OF
CORRECTIONS, a public agency,
et al.,

        Defendant.

_____

## AFFIDAVIT PURSUANT TO N.D. LOC. R. 54.1(E)(3)

STATE OF FLORIDA

COUNTY OF ESCAMBIA

      BEFORE ME this day personally appeared Diane Longoria, who being duly sworn, deposes

and says

      1     My name is Diane Longoria and I am over the age of 18.

      2.    I have been a practicing attorney in Florida for more than fifteen (15) years.  I

concentrate my practice in the area of employment law and have litigated numerous Title VII lawsuits

over the course of my practice.

      3.    I typically charge $150 per hour for Title VII litigation, and this figure represents the

fair market value for said services.  Therefore, Eighty Dollars ($80.00) per hour is a more than

reasonable fee for Title VII defense work.

FURTHER AFFIANT SAITH NAUGHT.

Diane Longoria

STATE OF Florida

COUNTY OF Escambia

Before the undersigned authority, a Notary Public, in and for said State and County, personally appeared DIANE LONGORIA, known to me and known to me to be the person described by said name, who acknowledged to me that she executed the above and foregoing instrument for the uses and purposes therein expressed. The affiant is known to the undersigned authority by the following type of identification (if known by personal knowledge, please specify): Know by Personal Knowledge, and the undersigned authority administered an oath.

GIVEN under my hand and official seal this 24th day of August, 2004.

MaryBeth Smth
Notary Public



MARY BETH SMITH
Commission # DD0111361
Expires 4/23/2006
Bonded through
a Notary Assn. Inc.